UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR: 6:23-009 |
| ) | |
| CHRISTOPHER CIANI ) | |

ORDER

Based upon the motion of the Government, and for good cause shown therein, the Court finds that:

1. The Motion to Postpone discusses information related to an ongoing law enforcement investigation.

2. An ongoing law enforcement investigation is a sufficient government interest that supports sealing documents from the public. *See United States v. Valenti*, 987 F.2d 708, 714-15 (11th Cir. 1993) (identifying ongoing law enforcement investigation as sufficient grounds to deny motion to unseal); *Hodges v. Chatham County, Ga.*, No. 4:22-cv-067, 2022 WL 18401311, at *3 (S.D. Ga. Nov. 22, 2022) (ordering sealing of documents from the public that were, *inter alia*, part of an ongoing state law enforcement investigation).

3. Filing the Motion to Postpone on the public docket would disclose information about an ongoing law enforcement investigation.

Accordingly, it is hereby ORDERED:

That the Government's Motion to Seal be GRANTED, and the Motion to

Postpone remain under seal in its entirety, with access through ECF provided to the Court and the parties, until Defendant is sentenced, except to the extent that the Government deems it necessary to provide copies in accordance with its obligations under Brady v. Maryland, 373 U.S. 83 (1963).

So ORDERED, this 8th day of May 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA